808 A.2d 1292

**Sheryl L. OLIVER, et al.,**

v.

**Michael Adam OBER, et al.**

**No. 79, Sept. Term, 2002.**

Court of Appeals of Maryland.

Oct. 10, 2002.

Harvey A. Kirk and John S. Kearns of Saiontz, Kirk & Miles, Washington, DC, for petitioners.

William A. Snoddy, Associate County Attorney, Upper Marlboro, for respondents.

Submitted before BELL, C.J., and ELDRIDGE, RAKER, WILNER, CATHELL, HARRELL and BATTAGLIA, JJ.

## ORDER

PER CURIAM.

The Court having considered and granted the petition for a writ of certiorari in the above-entitled case, it is this 10th day of October, 2002,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Circuit Court for Prince George's County in Case No. CAL 00–15039 be, and it is hereby, vacated, and the case is remanded to the Circuit Court for Prince George's County for reconsideration in light of *Moore v. Norouzi,* 371 Md. 154, 807 A.2d 632 (2002). Costs to be paid by the Respondents.